Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| Precision Components, Inc.<br><br>                          **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>                          **Defendant.** | **S U M M O N S**<br>Case No. 23-00218 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Precision Components, Inc. (Scope Ruling Applicant and Interested Party)
   (Name and standing of plaintiff)

2. Precision Components, Inc. contest the final scope ruling issued by the U.S. Department of Commerce on September 19, 2023 regarding Low-Carbon Steel Blanks in Tapered Roller Bearings and Parts Thereof finished and unfinished, from the PRC (A-570-601)
   (Brief description of contested determination)

3. September 19, 2023
   (Date of determination)

4. Does not apply
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ David J. Craven
Signature of Plaintiff's Attorney

October 13, 2023
      Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

David Craven, Craven Trade Law LLC
3744 N Ashland, Chicago, IL 60613
(773)709-8506
david.craven@tradelaw.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)