**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| PRECISION COMPONENTS, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>                    Defendant. | **Court No**   23-00218 |

**ORDER OF REASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Gary S. Katzmann, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

                                                /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge